Michael R. Brooks, State Bar No. 167315
Bruce T. Bauer, State Bar No. 149781
**BROOKS BAUER, LLP**
2677 N. Main Street, Suite 930
Santa Ana, CA  92705-6632
Telephone (714) 558-1961; Facsimile (714) 564-9302

*Attorneys for Defendants,* American Home Mortgage Servicing, Inc., erroneously named as American Home Mortgage Service Incorporation, AHMSI Default Services, Inc., erroneously named as AHMSI Default Services Corporation, and Sand Canyon Corporation F/K/A Option One Mortgage Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA BLANCO, <br><br>             Plaintiff, <br><br> vs. <br><br> AMERICAN HOME MORTGAGE SERVICE INCORPORATION, OPTION ONE MORTGAGE CORPORATION, THE FUNDING & LENDING NETWORK, MANDEL JOHNSON, MYRON BUTLER, AHMSI DEFAULT SERVICE CORPORATION, and DOES 1-20 inclusive <br><br>             Defendants. | ) Case No:  2:09-CV-00578-WBS-DAD <br> ) Assigned to: Judge William B. Shubb <br> ) <br> ) **ORDER RE: REQUEST TO** <br> ) **PARTICIPATE BY TELEPHONE IN** <br> ) **DEFENDANTS' MOTION TO DISMISS** <br> ) <br> ) Date: December 7, 2009 <br> ) Time: 2:00 p.m. <br> ) Ctrm: 10 - 13th Floor <br> ) <br> ) Complaint filed: June 17, 2009 <br> ) <br> ) |

Defendants AMERICAN HOME MORTGAGE SERVICING, INC., erroneously named as American Home Mortgage Service Incorporation, AHMSI Default Services, Inc., erroneously named as AHMSI Default Services Corporation, and SAND CANYON CORPORATION f/k/a OPTION ONE MORTGAGE CORPORATION;may participate by TELEPHONE in the upcoming hearing on the Motion to Dismiss the First Amended Complaint filed by Defendant, scheduled to take place on December 7, 2009 at 2:00 p.m.in Courtroom  "10" of the  above-entitled Court.    The courtroom deputy shall initiate the telephone conference call.

[PROPOSED] ORDER ON DEFENDANTS' REQUEST TO PARTICIPATE BY TELEPHONE FOR HEARING ON MOTION TO DISMISS

1  IT IS SO ORDERED.

2  Dated:  November 19, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ON DEFENDANTS' REQUEST TO PARTICIPATE BY TELEPHONE FOR HEARING ON MOTION TO DISMISS