Michael R. Brooks, State Bar No. 167315
Bruce T. Bauer, State Bar No. 149781
**BROOKS BAUER, LLP**
2677 N. Main Street, Suite 930
Santa Ana, CA  92705-6632
Telephone (714) 558-1961; Facsimile (714) 564-9302

*Attorneys for Defendants* American Home Mortgage Servicing, Inc., erroneously named as American Home Mortgage Service Incorporation, AHMSI Default Services, Inc., erroneously named as AHMSI Default Services Corporation, and Sand Canyon Corporation F/K/A Option One Mortgage Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA BLANCO,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AMERICAN HOME MORTGAGE SERVICE INCORPORATION, OPTION ONE MORTGAGE CORPORATION, THE FUNDING & LENDING NETWORK, MANDEL JOHNSON, MYRON BUTLER, AHMSI DEFAULT SERVICE CORPORATION, and DOES 1-20 inclusive,<br><br>　　　　　Defendants. | Case No:  2:09-CV-00578-WBS-DAD<br><br>**ORDER ON STIPULATION TO EXTEND TIME TO DISCLOSE EXPERTS AND TO CONDUCT DISCOVERY** |

　　　　Pursuant to stipulation between counsel for Defendants, American Home Mortgage Servicing, Inc. erroneously named as American Home Mortgage Service Incorporation ("AHMSI"), AHMSI Default Services, Inc. erroneously named as AHMSI Default Services Corporation ("AHMSI Default") and Sand Canyon Corporation, formerly known as Option One Mortgage Corporation ("Option One,")(collectively referred to herein as

- 1 -
**[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME TO DISCLOSE EXPERTS AND TO CONDUCT DISCOVERY**

"Defendants"), and Plaintiff, Jessica Blanco, by and through their attorneys of record, are hereby granted an extension on the following dates:

- The deadline to disclose experts report currently set for no later than April 5, 2010, is continued to June 5, 2010;
- The deadline to disclose rebuttal experts currently set for May 24, 2010, is continued to July 24, 2010; and
- The deadline for all discovery to be completed in this matter currently set for no later than July 26, 2010, is continued to September 26, 2010.

Dated: April 6, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 2677 N. Main Street, Suite 930, Santa Ana, CA  92705-6632.

On April 6, 2010, I served a copy of the following document(s): **[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME TO DISCLOSE EXPERTS AND TO CONDUCT DISCOVERY** on the interested parties in this action:

  X    **By Electronic Mail -** I hereby certify that I electronically transmitted the attached document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the below listed CM/ECF registrants.

Jonathan G. Stein, Esq.
Law Offices of Jonathan G. Stein
5050 Laguna Blvd., Suite 112-325
Elk Grove, CA  95758
(916)247-6868  (916)443-5022 – facsimile
jonathan@jonathangstein.com
***Attorneys for Plaintiff, Jessica Blanco***

  X    **BY MAIL**: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with First Class postage, thereon fully prepaid at Santa Ana, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.  I have placed a true and correct copy thereof in a sealed envelope(s) with postage thereon fully prepaid addressed as follows:

Myron W. Butler
5325 Elkhorn Blvd., #302
Sacramento, CA 95842
***Defendant Appearing in Proper Person***

**FEDERAL**: I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 6, 2010, at Santa Ana, California.

                                              /s/ Sandi Aders-Todd  
                                              SANDI ADERS-TODD