Michael R. Brooks, State Bar No. 167315
Bruce T. Bauer, State Bar No.  149781
**BROOKS BAUER, LLP**
2677 N. Main Street, Suite 930
Santa Ana, CA  92705-6632
Telephone (714) 558-1961; Facsimile (714) 564-9302

*Attorneys for Defendants,* American Home Mortgage Servicing, Inc., erroneously named as American Home Mortgage Service Incorporation, AHMSI Default Services, Inc., erroneously named as AHMSI Default Services Corporation, and Sand Canyon Corporation F/K/A Option One Mortgage Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA BLANCO,<br><br>            Plaintiff,<br><br>     vs.<br><br>AMERICAN HOME MORTGAGE SERVICE INCORPORATION, OPTION ONE MORTGAGE CORPORATION, THE FUNDING & LENDING NETWORK, MANDEL JOHNSON, MYRON BUTLER, AHMSI DEFAULT SERVICE CORPORATION, and DOES 1-20 inclusive<br><br>            Defendants. | Case No:  2:09-CV-00578-WBS-DAD<br><br>**ORDER RE: REQUEST TO PARTICIPATE BY TELEPHONE IN DEFENDANTS' MOTION TO DISMISS**<br><br>**Date:**       May 24, 2010<br>**Time:**       2:00 p.m.<br>**Judge:**      Honorable William H. Shubb<br>**Courtroom: 5** |

Defendants AMERICAN HOME MORTGAGE SERVICE INC., erroneously named as American Home Mortgage Service Incorporation, AHMSI DEFAULT SERVICES, INC., erroneously named as AHMSI Default Services Corporation, and SAND CANYON CORPORATION f/k/a OPTION ONE MORTGAGE CORPORATION; may participate by TELPHONE in the upcoming hearing on the MOTION TO DISMISS THIRD AMENDED COMPLAINT filed by the Defendants

- 1 -

**[PROPOSED] ORDER RE: REQUEST TO PARTICIPATE BY TELEPHONE IN DEFENDANTS' MOTION TO DISMISS**

scheduled to take place on May 24, 2010 at 2:00 p.m. in Courtroom "5" of the above-entitled Court. The courtroom deputy will initiate the telephone conference call.

Dated:  May 11, 2010

                          WILLIAM B. SHUBB
                          UNITED STATES DISTRICT JUDGE

## **PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                                   ) ss.
COUNTY OF ORANGE     )

      I am a citizen of the United States and a resident of the County of Orange.  I am over the age of 18 and not a party to the within action; my business address is 2677 N. Main Street, Suite 930, Santa Ana, CA  92705-6632.

      On **May 7, 2010**, I served the foregoing document(s) described as follows:

**[PROPOSED] ORDER RE: REQUEST TO PARTICIPATE BY TELEPHONE IN DEFENDANTS' MOTION TO DISMISS** on the interested parties in this action:

| | |
|---|---|
| Jonathan G. Stein, Esq. | Myron W. Butler |
| Law Office of Jonathan G. Stein | 5325 Elkhorn Boulevard, Suite 302 |
| 5050 Laguna Boulevard, Suite 112-235 | Sacramento, CA  95824 |
| Elk Grove, CA  95758 | |

      The following is the procedure in which service was effected:

**_X_**    **BY ELECTRONIC MAIL -** I hereby certify that I electronically transmitted the attached document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the above listed CM/ECF registrant(s).

**_X_**    **BY E-MAIL –** I served the above document via email on Judge William H. Shubb at the email address of **wbsorders@caed.uscourts.gov**.

**_X_**    **BY MAIL -** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with First Class postage, thereon fully prepaid at Santa Ana, California in the ordinary course of business.  I

- 2 -

**[PROPOSED] ORDER RE: REQUEST TO PARTICIPATE BY TELEPHONE IN DEFENDANTS' MOTION TO DISMISS**

am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.  I have placed a true and correct copy thereof in a sealed envelope(s) with postage thereon fully prepaid addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct under the laws of the State of California and that this declaration was executed on **May 7, 2010**, at Santa Ana, California.

_____
JENNIFER J. VOGEL PATTON

**[PROPOSED] ORDER RE: REQUEST TO PARTICIPATE BY TELEPHONE IN DEFENDANTS' MOTION TO DISMISS**